IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | |
| | ) | 4:01CV3013 |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL L. KENNEY, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 60, the motion for an extension of time, filed by the respondent. The respondent requests an extension of time in which to respond to the pending court order (filing no. 55). Upon review of the record, I will grant the motion, and the respondent shall have until August 11, 2005.

SO ORDERED.

DATED this 2nd day of August, 2005.

BY THE COURT:


s/F.A. GOSSETT
United States Magistrate Judge