IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR RAMON AKINS, | ) | |
| | ) | |
| Petitioner, | ) | 4:01cv3013 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| MICHAEL L. KENNEY, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 64, the Status Report filed by the petitioner, Samar Ramon Akins, pursuant to my Memorandum and Order of March 14, 2006 (filing no. 63). I appreciate the petitioner's compliance with my previous order, and, so that I may keep track of the progress of this matter, I shall request that the petitioner file a second status report in approximately four months.

THEREFORE, IT IS ORDERED:

1. That the stay of this matter remains in effect pending the petitioner's exhaustion of his state court remedies;

2. That the petitioner has appropriately filed his first status report regarding his progress in the state courts; and

3. That by August 25, 2006, the petitioner shall file his second status report briefly informing this court as to the status of his state-court proceedings at that time.

April 28, 2006.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge