IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR RAMON AKINS, | ) | |
| | ) | |
| Petitioner, | ) | 4:01cv3013 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| MICHAEL L. KENNEY, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 66, the second Status Report filed by the petitioner, Samar Ramon Akins, pursuant to previous orders of the court. I appreciate the petitioner's timely compliance with my orders, and, so that I may monitor the progress of this matter, I shall request that the petitioner file a third status report in approximately four months.

THEREFORE, IT IS ORDERED:

1. That the stay of this matter remains in effect pending the petitioner's exhaustion of his state court remedies;

2. That the petitioner has appropriately filed his second status report regarding his progress in the state courts; and

3. That by December 15, 2006, the petitioner shall file his third status report briefly informing this court as to the status of his state-court proceedings at that time.

August 10, 2006.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge