IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR RAMON AKINS, | ) | |
| | ) | |
| Petitioner, | ) | 4:01cv3013 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| MICHAEL L. KENNEY, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 68, the third Status Report filed by the petitioner, Samar Ramon Akins, pursuant to previous orders of the court. The petitioner is to be commended for his timely reports regarding the status of this matter pursuant to my previous orders. So that I may continue to remain informed of the progress of this matter, I shall direct the petitioner to file a fourth status report in approximately four months.

THEREFORE, IT IS ORDERED:

1. That the stay of this matter remains in effect pending the petitioner's exhaustion of his state court remedies;

2. That the petitioner has appropriately filed his third status report regarding his progress in the state courts; and

3. That by April 16, 2007, the petitioner shall file his fourth status report briefly informing this court as to the status of his state-court proceedings at that time; the petitioner shall, of course, return to this court sooner if **all** state court proceedings (including state Supreme Court review) end before that date.

December 18, 2006.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge