IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMAR RAMON AKINS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MICHAEL L. KENNEY, )<br>)<br>Respondent. ) | 4:01cv3013<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on filing no. 70, the fourth Status Report filed by the petitioner, Samar Ramon Akins, pursuant to previous orders of the court. I appreciate the petitioner's reports regarding the status of this matter. However, and in the future, I believe that <u>both</u> the petitioner <u>and</u> the respondent should be required to furnish me with status reports. Those reports should also estimate when this case will be ready for further progression and whether the stay should be lifted.

THEREFORE, IT IS ORDERED:

1.   That the stay of this matter remains in effect;

2.   That by the <u>earlier</u> of (a) the conclusion of postconviction review by the highest state court or (b) August 16, 2007, the petitioner <u>and</u> the respondent shall file a status report (i) informing this court as to the status of the state-court proceedings at that time; (ii) estimating when this federal case will be ready for further progression and (iii) whether the stay should be lifted;

3.   That the petitioner and the respondent must file a status report in this court as soon as state court proceedings (including state Supreme Court review) end, even if the petitioner decides to seek certiorari in the U.S. Supreme Court.

4.   My chambers shall call this case to my attention on August 20, 2007.

5.   <u>The petitioner and the respondent shall make careful note of this order</u>.

DATED this 9th day of April, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge